JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR EMERSON NOLASCO ARGUETA,<br><br>Petitioner,<br><br>v.<br><br>ACTING OR CURRENT WARDEN, ETC., ET AL.,<br><br>Respondents. | No. ED CV 26-4855-MWC(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 20, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE